Paul Garrity

138494

# UNITED STATES DISTRICT COURT
## District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1417 ADM/AJB **Case Title:** KIRCHNER CORPORATION v. AVON PRODUCTS, INC.

**Affidavit of Movant**

I, Lora Esch Mitchell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Paul W. Garrity, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Avon Products, Inc. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 259615 | 10/04/01 |

**Affidavit of Proposed Admittee**

I, Paul W. Garrity, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Paul W. Garrity | [signature] | 9/27/01 |

Attorney License Number: PG-3492

Law Firm Name & Address: Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Telephone: (212) 808-7800

Motion Granted: [signature] Date: OCT 5 2001

For the Court: ~~Francis E. Dosal~~, Clerk
RICHARD D. SLETTEN

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

OCT 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK