Wm Golden

138494

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1417 ADM/AJB Case Title: KIRCHNER CORPORATION v. AVON PRODUCTS, INC.

**Affidavit of Movant**

I, Lora Esch Mitchell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice William R. Golden, Jr, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Avon Products, Inc. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature]
MN Attorney License #: 259615
Date: 10/04/01

**Affidavit of Proposed Admittee**

I, William R. Golden, Jr., am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: William R. Golden, Jr.
Signature: [signature]
Date: Sept 14, 2001

Attorney License Number: WG9406

Law Firm Name & Address: Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Telephone: (212) 808-7800

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal~~, Clerk
RICHARD D. SLETTEN

Date: OCT 5 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______