UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

KIRCHNER CORPORATION, Civil No. 01-1417 ADM/AJB

Plaintiff,

v. ORDER

AVON PRODUCTS, INC.,

Defendant.

---

The above matter came on for an early settlement conference before the undersigned on the sixth day of November, 2001. The Court after recessing the settlement conference hereby enters the following Order:

1. Defendant is hereby ordered to contact the undersigned magistrate judge on or before 4:30 o'clock p.m. on Monday, November 12, 2001 in reference to updating the Court as to the status of continuing discussions between the parties.

2. Discovery in this matter is stayed. Neither party may conduct discovery or serve discovery on the other until December 13, 2001 or until further order of the Court.

Dated: 11/7/01

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed NOV 07 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________