UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIRCHNER CORPORATION,

Plaintiff,

v.

AVON PRODUCTS, INC.,

Defendant.

Civil Action No. 01-CV-1417 ADM/AJB

**Stipulation and ~~Proposed~~ Order to Stay Proceedings**

The parties hereto participated in a settlement conference on November 6, 2001. Following the settlement conference, the parties have continued to work together toward an amicable resolution of their dispute. Because the parties wish to continue their efforts toward settlement, and wish to avoid expending their own resources and the resources of the Court while they pursue settlement, the parties hereby agree and stipulate to the following:

1. All further proceedings in this matter are stayed. Neither party may conduct discovery or serve discovery on the other, or file and serve any motions, until January 15, 2002 or until further order of the Court.
2. All motions which seek to amend pleadings or add parties must be served by January 18, ~~2001~~ 2002, or a date later set by order of the Court.
3. The parties are hereby ordered to contact the undersigned Magistrate Judge on or before 4:30 p.m. on Thursday, January 10, 2002 in reference to updating the Court as to the status of continuing discussions between the parties.

By this stipulation and proposed order, the parties do not intend to stay or otherwise delay Judge Montgomery's consideration of, and ruling on, Plaintiff's pending motion to dismiss

FILED DEC 0 4 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

Defendant's deceptive trade practices counterclaim, which motion has, as of this day, been taken under advisement.

Respectfully submitted,

Dated: ~~November~~ December 3, 2001.

FISH & RICHARDSON P.C., P.A.

By: ______________________
Stephen R. Baird
Michael L. Gannon
Ann N. Cathcart Chaplin
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

**ATTORNEYS FOR PLAINTIFF**

Dated: November 29, 2001

KELLEY DRYE & WARREN LLP

By: ______________________
William R. Golden, Jr.
Paul W. Garrity
101 Park Avenue
New York, NY 10178-0002
(212) 808-7800

Lora Esch Mitchell
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402

**ATTORNEYS FOR DEFENDANT**

IT IS SO ORDERED.

Dated: 12/4/01

______________________
ARTHUR J. BOYLAN
United States Magistrate Judge