UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KIRCHNER CORPORATION,

Plaintiff,

v.

AVON PRODUCTS, INC.,

Defendant.

Civil Action No. 01-CV-1417 ADM/AJB

**Stipulation and ~~Proposed~~ Order to Continue Stay of Proceedings**

The parties hereto participated in a telephone conference with Magistrate Judge Boylan on January 10, 2002. The parties are continuing to work together toward an amicable resolution of their dispute. Because the parties wish to continue their efforts toward settlement, and wish to avoid expending their own resources and the resources of the Court while they pursue settlement, the parties hereby agree and stipulate to the following:

1. All further proceedings in this matter continue to be stayed. Neither party may conduct discovery or serve discovery on the other, or file and serve any motions, until February 20, 2002 or until further order of the Court.
2. All motions which seek to amend pleadings or add parties must be served by February 20, 2002, or a date later set by order of the Court.
3. The parties are hereby ordered to contact the undersigned Magistrate Judge on at 9:00 a.m. on Tuesday, February 19, 2002 in reference to updating the Court as to the status of continuing discussions between the parties.

By this stipulation and proposed order, the parties do not intend to stay or otherwise delay Judge Montgomery's consideration of, and ruling on, Plaintiff's pending motion to dismiss Defendant's deceptive trade practices counterclaim, which motion was taken under advisement on December 3, 2001. The parties further stipulate that neither party will seek to extend or

FILED JAN 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

otherwise disturb any of the discovery, motion, or trial dates embodied in the Court's October 23, 2001 Pretrial Scheduling Order on the basis of delay resulting from the parties continuing settlement efforts.

Respectfully submitted,

FISH & RICHARDSON P.C., P.A.

Dated: January 11, 2002

By: ______________________

Stephen R. Baird
Michael L. Gannon
Ann N. Cathcart Chaplin
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

**ATTORNEYS FOR PLAINTIFF**

KELLEY DRYE & WARREN LLP

Dated: January 10, 2002

By: ______________________

William R. Golden, Jr.
Paul W. Garrity
101 Park Avenue
New York, NY 10178-0002
(212) 808-7800

Lora Esch Mitchell
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402

**ATTORNEYS FOR DEFENDANT**

IT IS SO ORDERED.

Dated: January 11, 2002

______________________
ARTHUR J. BOYLAN
United States Magistrate Judge