UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

KIRCHNER CORPORATION,

Plaintiff/
Counterclaim-defendant,

vs.

AVON PRODUCTS, INC.,

Defendant/
Counterclaim-plaintiff.

Civil Action No.
01-CV-1417 ADM/AJB

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, as follows:

1. Defendant/Counterclaim-plaintiff will respond by Federal Express to Plaintiff's First Set of Requests for Production of Documents and Things to Defendant, Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Set of Requests for Admission to Defendant no later than July 15, 2002.

2. In order to maintain the status quo between the parties pending ongoing settlement discussions, neither party will serve upon the other any additional interrogatories, document requests, requests for admission or deposition notices prior to July 15, 2002.

3. This stipulation may be amended by order of the Court or further stipulation by the parties.

MAY 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Minneapolis, Minnesota
May 14, 2002

FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 335-5070

By: Michael L. Gannon
Stephen R. Baird
Ann N. Cathcart Chaplin

Attorneys for Plaintiff/Counterclaim-defendant
KIRCHNER CORPORATION

Dated: New York, New York
May 14, 2002

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800

By: William R. Golden, Jr.
Michelle M. Graham

Attorneys for Defendant/Counterclaim-plaintiff
AVON PRODUCTS, INC.

So Ordered.

May 15, 2002

U.S. Magistrate Judge

NY01/GRAHM/730755.1