UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KIRCHNER CORPORATION,<br>Plaintiff,<br>v.<br>AVON PRODUCTS, INC.,<br>Defendant. | Civil Action No. 01-CV-1417 ADM/AJB |

**Stipulation of Dismissal**

1. Plaintiff Kirchner Corporation ("Kirchner") and Defendant Avon Products, Inc. ("Avon") have resolved their differences with respect to all matters in dispute before this Court, have entered into a Settlement Agreement, and no longer wish to prosecute any claims or causes of action against each other in this action.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Kirchner and Avon file this Stipulation of Dismissal as to all claims and causes of action that have been or could have been asserted in the above-captioned action.

3. The dismissal of this action is without prejudice with respect to the claims asserted by Kirchner, but is with prejudice with respect to the counterclaims asserted by Avon. Each party shall bear its own costs and attorneys fees.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

JUL 1 9 2002
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD JUL 1 9 2002
DEPUTY CLERK

AGREED TO AND ACCEPTED:

FISH & RICHARDSON P.C., P.A.

Dated: July 18, 2002

By: ______________________
Stephen R. Baird
Michael L. Gannon
Ann N. Cathcart Chaplin
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

**ATTORNEYS FOR PLAINTIFF**

KELLEY DRYE & WARREN LLP

Dated: July 16, 2002

By: ______________________
William R. Golden, Jr.
Paul W. Garrity
101 Park Avenue
New York, NY 10178-0002
(212) 808-7800

Lora Esch Mitchell
Fredrikson & Byron, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402

**ATTORNEYS FOR DEFENDANT**

IT IS HEREBY ORDERED THAT THIS SUIT IS DISMISSED AS STIPULATED BY THE PARTIES. LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: July 19, 2002

______________________
Ann D. Montgomery
United States District Judge